UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LEON PRICE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THIRD APPELLATE DISTRICT COURT, et al.,<br><br>　　　　　　Defendants. | No.  2:25-cv-2567 CKD P<br><br><br>ORDER |

　　　Plaintiff has requested an extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's request for an extension of time (ECF No. 11) is GRANTED; and

　　　2. Plaintiff is granted thirty days from the date of this order in which to file and serve an amended complaint.  Failure to file an amended complaint within 30 days will result in dismissal.

Dated:  November 17, 2025

　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
pric2567.36