UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EUGENE LEON PRICE,

      Plaintiff,

      v.

THIRD APPELLATE DISTRICT
COURT, et al.,

      Defendants.

No. 2:25-cv-2567-TLN-CKD

**ORDER**

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On January 27, 2026, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 16.)  Plaintiff filed objections to the findings and recommendations.  (ECF No. 17.)

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, te Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 16) are ADOPTED in full;

2.    Plaintiff's first amended complaint is dismissed without further leave to amend for failure to state a claim; and

3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Date: May 28, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2